UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GEORGE M. ROBERTS,<br><br>      Plaintiff,<br><br>   vs.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security<br><br>      Defendant. | CASE NO. C10-5225 RJB JRC<br><br>ORDER AMENDING SCHEDULING ORDER |

BASED upon the motion of defendant (Doc. 13) and with no objections from the plaintiff, the Court hereby directs counsel to conform to the following amended briefing schedule:

Defendant's responsive brief shall be due on or before September 10, 2010;

Plaintiff's optional reply shall be due on or before September 24, 2010; and

Oral argument shall be requested by October 1, 2010.

DATED this 2nd day of August, 2010.

                                                                      */s/ J. Richard Creatura*

                                                                      J. Richard Creatura
                                                                      United States Magistrate Judge

ORDER - 1