UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| GEORGE M. ROBERTS, | Civil No. 3:10-cv-5225-RJB-JRC |
|---|---|
| Plaintiff, | ORDER AMENDING THE SCHEDULING ORDER |
| vs. | |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | |
| Defendant | |

Based on Defendant's Motion, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall file a response to Plaintiff's Opening Brief on or before October 1, 2010;

- Plaintiff shall file the optional Reply Brief on or before October 15, 2010; and

- Oral argument, if desired, requested by October 22. 2010.

DATED this 13th day of September 2010.

*/s/ J. Richard Creatura*

J. Richard Creatura
United States Magistrate Judge

Page 1    ORDER - [3:10-cv-5225-RJB-JRC]