UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GEORGE M. ROBERTS,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security Administration,<br><br>    Defendant. | CASE NO. C10-05225 RJB<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This mater comes before the Court on the Report and Recommendation of Judge J. Richard Creatura, United States Magistrate Judge, that Plaintiff be awarded attorney's fees in the amount of $7,352.52 and expenses in the amount of $27.75 pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412 (EAJA). The Commissioner of Social Security Administration has not filed an objection.

The Court, having reviewed the Report and Recommendation of Judge J. Richard Creatura, United States Magistrate Judge, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation and awards EAJA fees and costs as set forth in the Report and Recommendation;

(2) The Clerk is directed to send copies of this Order to counsel of record.

DATED this 25th day of July, 2011.

                                        /s/ Robert J. Bryan
                                        ROBERT J. BRYAN
                                        United States District Judge

ORDER - 1