UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GEORGE M. ROBERTS,<br><br>           Plaintiff,<br><br>     v.<br><br>MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,<br><br>           Defendant. | CASE NO. C10-5225 RJB<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation of the Honorable Richard J. Creatura, United States Magistrate Judge. Dkt. 42. Defendant has no objection. Dkt. 41. The Court having considered the Report and Recommendation and the remaining record, and no objections having been filed, does hereby find and **ORDER** as follows:

(1) The Court adopts the Report and Recommendation and awards EAJA attorney's fees in the amount of $2772.62 to Plaintiff in accordance with Astrue v. Ratliff, 130 S. Ct. 2521, 2524 (2010), as set forth in the Report and Recommendation.

(2) The Clerk is directed to send copies of this Order to counsel of record.

Dated this 14th day of November, 2011.

*/s/ Robert J. Bryan*

ROBERT J. BRYAN
United States District Judge

ORDER - 1