# United States District Court

WESTERN DISTRICT OF WASHINGTON

GEORGE M. ROBERTS

JUDGMENT IN A CIVIL CASE

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

CASE NUMBER: C10-5225RJB

__ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Court adopts the Report and Recommendation and awards EAJA attorney's fees in the amount of $2,772.62 to Plaintiff in accordance with Astrue v. Ratliff, 130 s. Ct. 2521, 2524 (2010), as set forth in the Report and Recommendation.

| | |
|---|---|
| November 15, 2011 | WILLIAM M. McCOOL |
| Date | Clerk |
| | |
| | *s/CM Gonzalez* |
| | Deputy Clerk |