# United States District Court

WESTERN DISTRICT OF WASHINGTON

GEORGE M. ROBERTS

        v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C10-5225RJB

__    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX    **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Court adopts the Report and Recommendation and awards EAJA attorney's fees in the amount of $2,772.62 to Plaintiff in accordance with <u>Astrue v. Ratliff</u>, 130 s. Ct. 2521, 2524 (2010), as set forth in the Report and Recommendation.


  November 15, 2011                                      WILLIAM M. McCOOL  
Date                                                          Clerk

                                                                                  *s/CM Gonzalez*   
                                                                               Deputy Clerk